**STATE of Missouri, Respondent,**

v.

**Michael WILLIAMS, Appellant.**

**No. WD 34537.**

Missouri Court of Appeals,
Western District.

Jan. 3, 1984.

James W. Fletcher, Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

PER CURIAM:

**ORDER**

This is a direct appeal from a jury conviction for robbery, first degree, in violation of § 569.020, RSMo 1978. Sentencing was imposed by the court pursuant to § 558.011.-1(1), RSMo 1978.

No jurisprudential purpose would be served by a written opinion. Judgment affirmed. All concur.

Rule 30.25(b).

**Jerry Wayne RICHMOND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34696.**

Missouri Court of Appeals,
Western District.

Jan. 3, 1984.

D. James Mariea, Whitlow, Riley, Mariea & Dunlap, P.C., Fulton, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., TURNAGE, C.J., and SHANGLER, J.

**ORDER**

PER CURIAM.

Appeal from the denial of a Rule 27.26 motion to vacate judgment and sentence.

Judgment affirmed. Rule 84.16(b).